# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2007

132329

CITY OF DETROIT,
        Plaintiff/Counter-Defendant/
        Appellee,

v

AMBASSADOR BRIDGE COMPANY
a/k/a DETROIT INTERNATIONAL BRIDGE
COMPANY,
        Defendant/Counter-Plaintiff/
        Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132329
COA: 257415
Wayne CC: 01-106546-CZ

_____/

On order of the Court, the application for leave to appeal the September 14, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether defendant Ambassador Bridge Company is a federal instrumentality and whether federal law preempts application of the City of Detroit's zoning ordinances to construction projects within the "sterile zone" enclosure of the bridge plaza.

The International Law Section of the State Bar of Michigan and the United States Departments of Justice and Homeland Security are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2007

Clerk

p0327